

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1313-14

**LIONEL GONZALES, Appellant**

**v.**

**THE STATE OF TEXAS**

### ORDER PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE RULE 9.10 CAUSE NUMBER 2004CR1992 IN THE 379TH DISTRICT COURT FROM BEXAR COUNTY

*Per curiam.*

### ORDER

This cause is before this Court on petition for discretionary review from the 4th Court of Appeals case number 04-11-00405-CR.

The Clerk of this Court has discovered sensitive data in the record, namely: the name of the complainant who was a minor TEX. CODE CRIM. PROC. art 57.02(h) and personal identification number. . TEX. R. APP. P. Rule 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified

the parties. The Court now orders the Clerk of this Court to redact or seal the discovered sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents pursuant to this order:

1.    Clerk's Record

2.    Reporter's Record

Filed:  April 6, 2015

Do not publish